**UNITED STATES of AMERICA,
Plaintiff–Appellee,**

v.

**Peter UNAKALU, a.k.a. Eromsele Hakeem, a.k.a. Omokehinde Lawrence, a.k.a. Patrick Eromesele, a.k.a. Gabirel Ujochokw Ezenia, Defendant–Appellant.**

**No. 09–11703.
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 5, 2009.

Stephanie Kearns, Jeffrey Lyn Ertel, Federal Defender Program, Inc., Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Unakalu appeals his sentence of 24 months' imprisonment imposed following the district court's revocation of his supervised release, pursuant to 18 U.S.C. § 3583(e). After imposing sentence, the court failed to elicit the parties' objections, if any, as required by *United States v. Jones*, 899 F.2d 1097, 1102 (11th Cir.1990), *overruled in part on other grounds, United States v. Morrill*, 984 F.2d 1136 (11th Cir.1993). We therefore vacate Unakalu's sentence and remand the case with the instruction that the district court, in sentencing the defendant, elicit the parties' objections in accordance with *Jones*.

VACATED and REMANDED, with instruction.